## HOFFMAN v. MOORE REGIONAL HOSPITAL

No. 183P94

Case below: 114 N.C.App. 248

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## HOLLOWAY v. DUKE UNIVERSITY

No. 161P94

Case below: 114 N.C.App. 266

Motion by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## HUGUELET v. HUGUELET

No. 105P94

Case below: 113 N.C.App. 533

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## HUSSEY v. MONTGOMERY MEMORIAL HOSP.

No. 221P94

Case below: 114 N.C.App. 223

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## IN RE APPEAL OF DAVIS

No. 163P94

Case below: 113 N.C.App. 743

Motion by petitioners to dismiss petition for discretionary review dismissed 16 June 1994.